■ FREDDIE RUIZ, Respondent, v NORTHEAST CONVEYOR COR-PORATION et al., Appellants. [831 NYS2d 90]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered August 7, 2006. The order denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed with costs. Present—
Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.